# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Thomas Doporcyk ,** ) | |
| ) | **Case No. 17-cv-5250** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **Roundy's Supermarkets, Inc., Roundy's** ) | |
| **Illinois, LLC d/b/a Mariano's, The Kroger** ) | |
| **Company, and Kronos, Inc. ,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO DISMISS COUNTS II-V OF PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants, Roundy's Supermarkets, Inc., Roundy's Illinois LLC, and The Kroger Company, by counsel, respectfully move this Honorable Court to dismiss Counts II through V of the complaint filed by plaintiff, Thomas Doporcyk. Defendants' arguments in support of this motion are set forth in the attached memorandum of law.

Respectfully submitted:

Roundy's Supermarkets, Inc., Roundy's Illinois, LLC, and The Kroger Co.

By:  /s/  Peter E. Pederson
One of their attorneys

Diane Webster
Daniel K. Ryan
Steven M. Puiszis
Peter E. Pederson
Leigh C. Bonsall
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 Phone
(312) 704-3001 Fax
dwebster@hinshawlaw.com
dryan@hinshawlaw.com
spuiszis@hinshawlaw.com
ppederson@hinshawlaw.com

lbonsall@hinshawlaw.com

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that on September 13, 2017, he e-filed this document through the Court's CM/ECF system, which will cause a copy of the document to be delivered electronically to counsel of record identified below.

                                                      /s/ Peter E. Pederson

## Service List

Ryan F. Stephan, Esq.
James B. Zouras, Esq.
Haley R. Jenkins, Esq.
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-233-1550
312-233-1560 fax
jzouras@stephanzouras.com
hjenkins @stephanzouras.com
rstephan@stephanzouras.com
<u>Counsel for Plaintiff Thomas Doporcyk</u>

300425157v1 1000225